# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2018-0075, <u>Darren Brady v. Sandra St. Pierre & a.</u>, the court on February 22, 2019, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case.  <u>See</u> <u>Sup. Ct. R.</u> 18(1).  We affirm.

The plaintiff, Darren Brady, appeals an order of the Superior Court (<u>Bornstein</u>, J.) dismissing his complaint against the defendant, Sandra St. Pierre, because she is immune under RSA 507-B:2 (2010), RSA 507-B:4, IV (Supp. 2018), and RSA 169-C:31 (2014).  The plaintiff's brief does not challenge these rulings directly, but raises numerous factual points.

As the appealing party, the plaintiff has the burden of demonstrating reversible error.  <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).  Based upon our review of the trial court's order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error.  <u>See</u> <u>id</u>.

In light of this order, the plaintiff's motion to reconsider his request for a 15-day extension and his motion to add additional paperwork and response to the defendant's motion to impose sanctions are moot.  The plaintiff's motion for clarification and the defendant's motion to impose sanctions are denied.

<u>Affirmed</u>.

Lynn, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Eileen Fox,
Clerk**
